UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

| | |
|---|---|
| OWEN HARTY, )<br>      Plaintiff, )<br>)<br>v. )<br>)<br>)<br>TATHATA INC., )<br>      Defendant. )<br>)<br>) | **JUDGMENT**<br><br>No. 5:10-CV-113-WW |

**Decision by Court.**

This action came before United States Magistrate Judge William A. Webb for consideration of defendant's motion to dismiss.

**IT IS ORDERED, ADJUDGED AND DECREED** that the defendant's motion to dismiss is GRANTED and plaintiff"s claims are DISMISSED in their entirety.

**This judgment filed and entered on March 31, 2011, and served on:**

Christopher D. Lane (via CM/ECF Notice of Electronic Filing)
Pete M. Monismith (via CM/ECF Notice of Electronic Filing)
William John Cathcart, Jr. (via CM/ECF Notice of Electronic Filing)

March 31, 2011                          /s/ Dennis P. Iavarone
                                                           Clerk of Court